RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

RETURN TO:_____TDCJ#_____HOUSING_____

____Offender trust fund active/restricted. Purchase supplies from commissary
____Allowed (5) personal letters/$2.45 per month and (5) legal items per week
____Did not demonstrate need for additional supplies/postage
____Pen/carbon exchange required/did not demonstrate need for carbon
____Did not submit request/incomplete request
_X_ Mail letter(s), ___personal, _/_ legal to receive more supplies. Last issuance date: 050915
____Pink slip required for offenders with active acct/no ID card
____Personal supplies issued once per month/legal supplies issued once per week
____Use indigent supply envelope for requesting supplies/postage
____Provide proof of purchase for envelopes/paper not issued thru indigent supply
____Non indigent offenders may receive supplies after 7 consecutive days lockdown
____Contraband-not allowed for mailing thru indigent program

Roland Salazar Tr.Ct.No. 1118235-B
& Tr.Ct.No. 1118235-C

Comes now Salazar, who..without the Constitutional Right to an attorney...files this appeal by himself and pleads to the Courts of Appeal of Texas to see that the <del>defendant</del> who swears under oath that he is innocent in this case... Showed the Courts, in Houston that he has no attorney in which to properly present this case. That he has newly discovered evidence Brought up in the appeals court of Houston Salazar-vs-The State No. 01-07-00502-CR (2009) where the defendant showed that in the

MOTION DENIED
DATE: 8-4-15
BY:

CSDSP040
TO - T007
T.D.C.J.
SE●ICE INVESTIGATION WORK SH●T
2011/03/1
12:03:1

CASE#: 20110157273,   TDCJ # 01442303,   NAME: SALAZAR,ROLAND

3. THE ACCUSED REASONS AND/OR DEFENSES HAVE BEEN LOGICALLY AND
   SYSTEMATICALLY INVESTIGATED AS FOLLOWS:
   A. 2-11-11, REVIEWED CASE
   B. 2-11-11, INTERVIEWED ACCUSED *Orlando*
   C. NAME OF INTERPRETER USED: N/A

Non Friv

2-14-11 Int. B Churchman 1/2

2-11-11   CSO9 Redfearn #149356
2-11-11   CSO9 Mendoza #1579528     nugas w.t
2-11-11   CSO9 F82 - discharged

2-14-11, CONCLUDE INVESTIGATION

4. ON 2-4-11, THE ACCUSED OFFENDER PRESENTED NON-FRIVOLOUS EVIDENCE,
   THE CHARGING OFFICER/STAFF WITNESS WAS PRESENTED WITH A SUMMARY OF
   THE ACCUSED STATEMENT, ADDITIONAL STATEMENT IS AS FOLLOWS:

We pulled him out to search his cell.
Finley went in to search Salazar got mad &
pulled away from me. That's when he spit on me.
I had to place him on the floor. I know him by sight.

5. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE CHARGES
   MADE AGAINST THE ACCUSED:

I-210

CSO9 Redfearn

Alo stmt

6. LIST THE PORTIONS OF THE INVESTIGATION THAT APPEAR TO SUPPORT THE
   ACCUSED REASONS, AND/OR DEFENSES:

△ ng plea

COUNSEL SUBSTITUTE PRINTED NAME: Abernathy          TITLE: CS-1
COUNSEL SUBSTITUTE SIGNATURE: Deb Abernay            DATE: 2-14-11
CS-10.11B                                            REVISED 08/2005

**Salazar 436**

<u>initial</u> testing of the DNA... done in this case... the appellant Salazar was "excluded" from having contributed to the crime scene. That the Baylor College of medicine originally tested in this case and excluded Salazar from being a suspect.

The appellant fails also to show that the defendant during trial "objected" to the <u>States</u> use of "unfounded DNA"... and that objection was "sustained" without arguement.

Please review trail transcript dated June 7th and June 8 of 2007... Houstons 263rd... Jim wallace Judge.

The appeals court here can witness and verify that the appellant here is without an attorney on a case that was quickly passed on the defendant, over in less than 2 days.

**To:** DISCIPLINARY HEARING OFFICER     **Date:** 2/11/11

**From:** Abernathy CS     **Subject:** WITNESS STATEMENT

**TIME:** 0959     CASE# 20110157273

**OFFICER:** _____     **RANK:** _____ **SHIFT/CARD ASSGN:** _____

**INMATE./OFFENDER:** Mendoza     **TDCJ#** 1579528 **HOUSING ASSIGN:** F 83

**STATEMENT OF FACTS BY WITNESS:**

I don't know Salazar

entered by CS 2/14/11

and "the appellant was erroneously sent to prison for a crime he did not commit." The crime happened august 1990... but the appellant wasn't accused until 2005... He had a court appointed attorney who proved to be ineffective - not calling witnesses, not questioning the States witnesses thoroughly - or at all. The case was "railroaded" and quickly ran through without the fairness due process of law dictates. The appellant have had from the beginning stressed his innocent. The case law "contaminated d-n-a" as its evidence against the appellant and no other evidence. Even though the judge "suspended" the defendants "objection" to the use of "contaminated DNA" he still allowed



 
To: **DISCIPLINARY HEARING OFFICER**      Date: 2/11/11

From: Abunda CS      Subject: **WITNESS STATEMENT**

TIME: 0958      CASE# 20110157273
OFFICER: —      RANK: —      SHIFT/CARD ASSGN: —
INMATE/OFFENDER: Redfearn      TDCJ# 149356      HOUSING ASSIGN: F81

STATEMENT OF FACTS BY WITNESS: Tim Redfehr

When he went to shower he sat down to ref because they were refusing him Rec. Churchman kicked him & started punching him in the face. Officer Finley came up to help

*Officer Finley also assaulted Salazar with his fist*

get him back in the cell but the man gave a pretty good resistance against them. He did spit in Churchman's face after the Use of Force. That's what they are using to justify what they did.

Salazar 438

☆CS-009 (Rev. 3/01)

the State to counsel the appellant who seemingly innocent. Since 2005 the appellant has be speaking out to the courts in this case praying to prove his innocents. In the Houston Court of appeal (2008) NO. 01-07-00807-cr WL 5646463 the defendants court appointed attorney discovered the Baylor Colledge of medecines findings that "Excluded" Roland Salazar from having contributed to this crime. please the appellant is pleading this court of appeals to "revue" these records, in order that the appellant can recieve relief from this court imprisonment. The appellant here pleads this court for an attorney in which to satisfy the Constitution and its amendments concerning a "fair trial" in court.

Filed July 16th 2015          Roland Salazar